| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | PEGGY SASSO, Bar #228906 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | JOSE BARRERA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:13-cr-0057-LJO-SKO |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
| | ) CONFERENCE; ORDER |
| v. | ) |
| JOSE BARRERA, | ) |
| | ) Date: August 5, 2013 |
| Defendant. | ) Time: 1:00 p.m. |
| | ) Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Michael S. Frye, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Jose Barrera, that the status conference current set for June 17, 2013 may be rescheduled for **August 5, 2013 at 1:00 p.m.** before the Magistrate Judge Oberto.

The parties are in active discussions. It is expected that the case will resolve through said discussions. The requested continuance is necessary to allow for further investigation and plea discussions. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and
3  3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the
4  best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

Dated: June 13, 2013         /s/ *Michael S. Frye*
MICHAEL S. FRYE
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILIAMS
Federal Defender

Dated: June 13, 2013          /s/ *Peggy Sasso*
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
JOSE BARRERA

## ORDER

The parties' request is GRANTED. The delay resulting from the continuance shall be excluded in the interests of justice herein and for defense preparation and investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:   June 13, 2013**          /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE